UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

-against-

ANTHONY ZOTTOLA,

                Defendant.

**ORDER FOR ACCEPTANCE OF TRIAL CLOTHING**

No. 18-CR-609 (RJD)

-------------------------------------------------------------x

Upon Defendant ANTHONY ZOTTOLA, SR.'s motion it is hereby:

**ORDERED** that the Metropolitan Detention Center in Brooklyn ("MDC"), accept the following clothing, and any additional substitute clothing items for Anthony Zottola, inmate register number 83742-053, in advance of his trial scheduled to begin on Tuesday August 16, 2022 and continue for approximately eight weeks.

1. Three pairs of socks
2. One undershirt
3. One pair of dress shoes
4. Three ties
5. Two dress shirts
6. Two pairs of pants
7. Two suit jackets

**IT IS FURTHER ORDERED** that the MDC permit Mr. Zottola to wear such clothing and that the U.S. Marshal Service accept and transport Mr. Zottola to Court wearing such clothing on August 16, 2022, and any date thereafter until his trial is concluded.

**IT IS FURTHER ORDERED** that Defendant Anthony Zottola shall be granted immediate access to an acceptable level of personal hygiene items, including toilet tissue, soap, toothbrush, cleanser, and shaving utensils. ZOTTOLA also shall have access to hair care services as necessary. These services shall be provided prior to his first appearance before the jury panel on August 16, 2022.

**SO ORDERED.**

Dated: 8/12/2022
       Brooklyn, New York

                                                                s/RJD
                                           Hon. Raymond J. Dearie
                                           United States District Judge