UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

─────────────────────────────x

**UNITED STATES OF AMERICA**   Case 1:18-cr-00609-HG

—v.—   **JOINDER IN MOTION TO QUASH SUBPOENA**

**ANTHONY ZOTTOLA, SR.**

─────────────────────────────x

John J. Meglio, non-party respondent named in the subpoena as "LAW OFFICE OF JOHN MEGLIO, ESQ.," by his undersigned attorney, objects to the SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS IN A CRIMINAL CASE dated June 22, 2022 purportedly issued at the behest of Meister, Seelig & Fine, LLP as attorneys for defendant Anthony Zottola, Sr., returnable August 24, 2022 (ECF Doc. No. 452-2). Respondent joins in the Government's motion to quash dated August 23, 2022 (ECF Doc. No. 452) for the reasons stated therein, as applicable to respondent.

Dated: August 23, 2022

_____
Andrew P. Saulitis

LAW OFFICES OF
ANDREW P. SAULITIS P.C.
*Attorneys for Non-Party Respondent John J. Meglio*
40 Wall Street-37th Floor
New York, New York 10005
(212) 459-0900
Mobile (917) 202-4400
Fax (212) 459-1826
apslaw@msn.com

VIA ECF