**SABRINA P. SHROFF**  80 B<small>ROAD STREET</small>, 19<small>TH</small> <small>FLOOR</small>
A<small>TTORNEY</small> A<small>T</small> L<small>AW</small>  N<small>EW</small> Y<small>ORK</small>, N<small>EW</small> Y<small>ORK</small> 10004
  T<small>ELEPHONE</small>: (646) 763-1490

February 27, 2023

**BY ECF**

Honorable Hector Gonzalez
United States District Judge for
 the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** United States v. Julian Snipe, 18 Cr. 609 (HG)

Dear Judge Gonzalez,

As directed by the Court's Order (docket number 611), I write and inform the Court that Mr. Snipe wishes to continue being represented by me.

I thank the Court for its attention to this matter.


Respectfully submitted,

/s/ Sabrina Shroff
Counsel to Julian Snipe


cc: Julian Snipe, Hudson County Jail