The Law Office of James M. Branden<br>
80 Bay Street Landing, Suite 7J<br>
Staten Island, New York 10301<br>
Tel. 212-286-0173<br>
Fax 212-481-8250

April 5, 2023

Hon. Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Arthur Codner
         Cr. Docket No. 18-609 (HG)

Dear Judge Gonzalez:

  I represent Arthur Codner who is to be sentenced in the above-referenced matter on April 12, 2023. Mr. Codner, who is presently detained at the Hudson County Correctional Center, would like to wear a suit at his sentencing. To effectuate that, please find enclosed a proposed Order.

  In addition, I have scheduled a meeting with Mr. Codner for 3:00 p.m. today. After the meeting, I will file an additional sentencing letter.

           Respectfully submitted,

           */s/ James M. Branden*
           James M. Branden

Enc.

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------x
UNITED STATES OF AMERICA,       :

        v.                      :   Cr. Docket No. 18-609 (HG)

ARTHUR CODNER,                  :   ORDER

        Defendant.              :

-------------------------------x
```

On the April 6, 2023 application of James M. Branden, Esq., attorney for Arthur Codner, Defendant in the above-captioned matter, it is hereby

ORDERED that the Hudson County Correctional Center accept clothes – including one suit (jacket and pants), one shirt, one tie, one belt, one pair of socks, and one pair of shoes – for Arthur Codner, Inmate ID number 353482 (USM No. 91344-053, DOB 6/26/88), to wear at his sentencing scheduled for April 12, 2023.

Dated:  Brooklyn, New York
        April ____, 2023

                                    _____
                                    Hon. Hector Gonzalez
                                    U.S.D.J.