

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KCB/DEL/EJD/AMR

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 11, 2023

<u>By E-mail and ECF</u>

The Honorable Hector Gonzalez
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Bushawn Shelton
      <u>Criminal Docket No. 18-609 (HG)</u>

Dear Judge Gonzalez:

   The defendant Bushawn Shelton is scheduled to be sentenced on May 9, 2023, at 11 a.m. The government respectfully requests, with the defendant's consent, an approximate two-week adjournment of that sentencing due to the undersigned Assistant United States Attorney's trial schedule. Specifically, the undersigned is scheduled to begin a murder in-aid-of racketeering trial before Judge Gujarati on April 24, 2023. That trial is expected to last approximately two to three weeks—thus conflicting with both the due date for the government's sentencing submission, as well as the sentencing itself. The government recognizes that, in its February 17, 2023 Order, the Court ruled that it would not "further adjourn Defendant Shelton's sentencing in the absence of unusual circumstances demonstrating good cause." However, this is the government's first request for adjournment and is based solely on a conflicting trial calendar, which cannot be moved. If the Court is amendable to adjournment, the government understands that defense counsel is unavailable

the week of May 22, 2023, but both parties are available for sentencing any day the week of May 30, 2023, except at 11 a.m. on May 31 and on June 2.

                                              Respectfully submitted,

                                              BREON PEACE
                                              United States Attorney

                        By:    /s/ Kayla Bensing
                                              Kayla Bensing
                                              Assistant U.S. Attorney
                                              (718) 254-6279

Cc:    Susan Marcus, Esq.